UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REYES CABRERA-CORTES, | Case No. 2:25-cv-01976-MMD-MDC |
| Petitioner, | ORDER |
| v. | |
| JASON KNIGHT, *et al.*, | |
| Respondents. | |

Petitioner Reyes Cabrera-Cortes commenced this habeas action by filing a Petition for Writ of Habeas Corpus ("Petition" ECF No. 2)) under 28 U.S.C. § 2241, challenging his continued detention at Nevada Southern Detention Center despite an immigration judge's order of release on bond. Having conducted an initial review of the Petition, the Court now directs that it be served on Respondents and sets an appearance and briefing schedule.

It is hereby ordered that the Clerk of Court be kindly directed to:

- Deliver a copy of the Petition (ECF No. 2) and this Order to the U.S. Marshal for service.

- Send, through CM/ECF, a copy of the Petition (ECF No. 2) and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov; Veronica.criste@usdoj.gov; caseview.ecf@usdoj.gov. This does not indicate acceptance of service.

- Mail a copy of the Petition (ECF No. 2) and this Order under Federal Rule of Civil Procedure 4(i)(2) to:

    1) John Mattos, Warden, Nevada Southern Detention Center, 2190

E. Mesquite Ave., Pahrump, NV 890602)

2) Jason Knight, Salt Lake City Field Office Acting Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-60963;

3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001;

4) Kristi Noem, Secretary of the Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

5) Executive Office for Immigration Review, 5107 Leesburg Pike, Falls Church, VA 22041

It is further ordered that the U.S. Marshal serve a copy of the Petition (ECF No. 2) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney under Federal Rule of Civil Procedure 4(i)(1)(A)(i) of the.

It is further ordered that, following General Order 2025-07, *In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations*, Petitioner's counsel is instructed to send by electronic mail a courtesy copy of the Petition (ECF No. 2) to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

It is further ordered that Respondents must file a notice of appearance within two days of the date of this Order and serve their response to the Petitioner within seven days of the date of this Order, unless additional time is allowed for good cause shown.

It is further ordered that Petitioner has five days following the filing of the response to the Petition to file a reply, if desired.

It is further ordered that Petitioner's counsel review Local Rule IA 10-1 regarding the formatting requirements for all filings, and specifically LR IA 10-1(b) which requires

electronically filed documents, except exhibits, to be filed in a searchable PDF format.

It is further ordered that Local Rule 7-2(b) governs the scheduling for responses and replies to all other motions filed by either party and Local Rule LR 7-4 governs any requests for emergency relief.

DATED THIS 22nd Day of October, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE